IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TOPP'S MECHANICAL, INC., | ) | CASE NO. 8:19-cv-20 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **KINSALE INSURANCE COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A VALID CAUSE OF ACTION** |
| | ) | |
| KINSALE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**COMES NOW** Defendant, Kinsale Insurance Company, pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss the complaint filed by Plaintiff, Topp's Mechanical, Inc. (Filing No. 1-1 at ECF-1). Dismissal with prejudice is appropriate because the Kinsale policy includes a broad Absolute Pollution Exclusion that bars coverage. Topps Mechanical further does not (and cannot) allege the exception to the exclusion, which requires specific, timely, and <u>written</u> notice of a claim. In support of this Motion to Dismiss, Kinsale submits a supporting Brief.

WHEREFORE, Kinsale respectfully requests that this Honorable Court dismiss the Complaint filed by Topps Mechanical with prejudice.

KINSALE INSURANCE COMPANY,
Defendant,

By: /s/ JUNAID N. SAVANI
**Sina Bahadoran**
CLYDE & CO US LLP
(admitted *pro hac vice*)
Florida Bar No. 523364
Sina.Bahadoran@clydeco.us
**Junaid N. Savani**
(admitted *pro hac vice*)
Florida Bar No. 88816
Junaid.Savani@clydeco.us
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: (305) 446-2646
Fax: (305) 441-2374
**Attorneys for Defendant**

.

AND

By: /s/ Michael L. Moran
    Michael L. Moran, #24042
    ENGLES, KETCHAM, OLSON & KEITH, P.C.
    1350 Woodmen Tower
    1700 Farnam Street
    Omaha, Nebraska 68102
    Telephone: (402) 348-0900
    Fax: (402) 348-0904
    mmoran@ekoklaw.com
    **Co-Counsel for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Justin D. Eichmann
David S. Houghton
Houghton, Bradford & Whitted, PC, LLO
6457 Frances St., Suite 100
Omaha, NE  68106
Telephone: (402) 344-4000
Fax: (402) 930-1099
jeichmann@houghtonbradford.com
dhoughton@houghtonbradford.com
**Attorneys for Plaintiff**

    /s/ JUNAID N. SAVANI