IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOPP'S MECHANICAL, INC., | |
| Plaintiff, | **8:19CV20** |
| v. | |
| KINSALE INSURANCE COMPANY, | **JUDGMENT** |
| Defendant. | |

In accordance with the Memorandum and Order (Filing No. 17) entered today, judgment is entered in favor of defendant Kinsale Insurance Company and against plaintiff Topp's Mechanical, Inc. *See* Fed. R. Civ. P. 58(a). This case is dismissed.

Dated this 15th day of April 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge