### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOPP'S MECHANICAL, INC.<br>a Nebraska corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KINSALE INSURANCE COMPANY,<br>　an Arkansas insurance corporation,<br><br>　　　　　　　Defendant. | Case No. 8:19-cv-00020-RFR-CRZ<br><br><br><br>**NOTICE OF APPEAL** |

　　　COMES NOW, Plaintiff, TOPP'S MECHANICAL, INC., a Nebraska corporation, and hereby gives Notice that Plaintiff hereby appeals to the United States Court of Appeals for the Eighth Circuit from this Court's Memorandum and Order entered herein on April 15, 2019 (filing no. 17), as well as the Court's corresponding Judgment also entered herein on April 15, 2019 (filing no. 18), sustaining Defendant Kinsale Insurance Company's Motion to Dismiss (filing no. 13) and dismissing Plaintiff's claims in the above-captioned matter.

　　　DATED this 14th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　TOPP'S MECHANICAL, INC., Plaintiff

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　David S. Houghton
　　　　　　　　　　　　　　　　　　　　　Justin D. Eichmann
　　　　　　　　　　　　　　　　　　　　　HOUGHTON BRADFORD WHITTED PC LLO
　　　　　　　　　　　　　　　　　　　　　6457 Frances Street, Suite 100
　　　　　　　　　　　　　　　　　　　　　Omaha, Nebraska 68106
　　　　　　　　　　　　　　　　　　　　　(402) 344-4000 | (402) 930-1099 Fax
　　　　　　　　　　　　　　　　　　　　　dhoughton@houghtonbradford.com
　　　　　　　　　　　　　　　　　　　　　jeichmann@houghtonbradford.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2019, I electronically filed the foregoing **Notice of Appeal** with the Clerk of the Court using the CM/ECF system, which will send notification to the following CM/ECF users:

      Sina Bahadoran - sina.bahadoran@clydeco.us
      Michael L. Moran - mmoran@ekoklaw.com
      Junaid Savani - junaid.savani@clydeco.us

                                      Justin D. Eichmann