# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1991

Topp's Mechanical, Inc., a Nebraska Corporation

Appellant

v.

Kinsale Insurance Company, an Arkansas Insurance Corporation

Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:19-cv-00020-RFR)

---

**MANDATE**

In accordance with the opinion and judgment of 08/04/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 26, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit